STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 27 2000

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO.  CR00-00037 SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [18 U.S.C. §§ 500; 641) |
| SUZANNE H. LANDFORD, ) | |
| Defendant. ) | |

INDICTMENT

Count 1

The Grand Jury charges:

On or about December 19, 1995, in the District of Hawaii, the Defendant, SUZANNE H. LANDFORD, being an employee of the Postal Service, issued postal money order #6305059594 in the amount of $300 without having previously received or paid the full amount of money payable, with the purpose of fraudulently obtaining and receiving, and fraudulently enabling any other person directly and indirectly to obtain and receive from the

United States and the Postal Service any sum of money, in violation of Title 18, United States Code, Section 500.

### Count 2

The Grand Jury further charges:

On or about May 28, 1996, in the District of Hawaii, the Defendant, SUZANNE H. LANDFORD, willfully and knowingly did embezzle and convert to her own use money in excess of $100 belonging to the United States Postal Service, which had come into her possession, by virtue of her employment as a postal window clerk at the Waimanalo Post Office, in violation of Title 18, United States Code, Section 641.

DATED: _Jan 27_, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

UNITED STATES V. SUZANNE H. LANDFORD
"Indictment"

2